**Charles B. EARL, Appellant,**

v.

**UNITED STATES of America, Appellee.**

**No. 20520.**

United States Court of Appeals
Fifth Circuit.

Feb. 19, 1964.

M. H. Myerson, Jacksonville, Fla., A. K. Black, Lake City, Fla., for appellant. William J. Hamilton, Jr., Asst. U. S. Atty., Jacksonville, Fla., Edward F.

Boardman, U. S. Atty., Middle Dist. of Florida, for appellee.

Before TUTTLE, Chief Judge, and JONES and BELL, Circuit Judges.

PER CURIAM:

The appellant, having given written directions to his court-appointed counsel to move for a dismissal of this appeal, and having represented in open court that he desired that the appeal be dismissed, it is, therefore

Ordered That the above-entitled appeal be and the same is hereby

Dismissed.